# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF DELMAR L. HARDY, BAR NO. 1172.

No. 75741

FILED

MAY 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER OF SUSPENSION AND REFERRAL TO DISCIPLINARY BOARD

This is a petition under SCR 111 concerning attorney Delmar Hardy, based on a federal conviction for three counts of filing a false tax return, a felony in violation of 26 U.S.C. § 7206.[1] The felony conviction constitutes a "serious crime" under SCR 111(6). When an attorney has been convicted of a "serious crime," we are required to suspend the attorney and refer him to the appropriate disciplinary board for a hearing before a hearing panel to determine the extent of the discipline to be imposed, if any, based on the conviction. SCR 111(7), (8). Accordingly, we refer this matter to the Northern Nevada Disciplinary Board and suspend attorney Delmar Hardy from the practice of law in Nevada pending final disposition of the disciplinary proceeding. The parties shall comply with SCR 115 and 121.1.

It is so ORDERED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1] It is unclear from the petition and supporting documents whether Hardy self-reported the conviction to the State Bar as required by SCR 111(2).

18 - 18484

cc: Chair, Northern Nevada Disciplinary Board,
C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
Winter Street Law Group
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Perry Thompson, Admissions Office, U.S. Supreme Court